**F I L E D**
CLERK, U.S. DISTRICT COURT

6/28/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

March 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RYAN DUSTIN LANE,<br><br>             Defendant. | No. 8:23-cr-00092-RGK<br><br>I N D I C T M E N T<br><br>[21 U.S.C. § 846: Conspiracy to Distribute Cocaine; 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii): Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

A.   OBJECT OF THE CONSPIRACY

Beginning on an unknown date and continuing to at least on or about March 3, 2021, in Orange County, within the Central District of California, and elsewhere, defendant RYAN DUSTIN LANE conspired with Co-Conspirators 1 and 2, and with others unknown to the Grand Jury, to knowingly and intentionally distribute at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a

Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(ii).

B.   MANNER AND MEANS OF THE CONSPIRACY

The object of the conspiracy was to be accomplished, in substance, as follows:

1.   Defendant LANE would obtain multiple kilograms of cocaine from one or more suppliers with intent to distribute the cocaine to other persons.

2.   Co-Conspirators 1 and 2 would identify other drug traffickers who were interested in purchasing large quantities of cocaine for sale and distribution to other persons.

3.   Defendant LANE would negotiate the sale of the cocaine and, together with Co-Conspirators 1 and 2, would arrange for Co-Conspirators 1 and 2 to deliver the cocaine to the customers in exchange for money, with defendant LANE and Co-Conspirators 1 and 2 each receiving a share of the sale proceeds.

4.   Defendant LANE would weigh and package the cocaine for delivery to the customers, and Co-Conspirators 1 and 2 would distribute the cocaine to the customers in exchange for money.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about the following dates, defendant LANE, together with Co-Conspirators 1 and 2 and others, committed various overt acts in Orange County, within the Central District of California, including, but not limited to, the following:

Overt Act No. 1:   On March 2, 2021, at a restaurant in Huntington Beach, California, defendant LANE and Co-Conspirators 1 and 2 met with persons who they believed to be drug traffickers, but

who were, in fact, a Confidential Informant ("CI") and Undercover Agents ("UC Agents"), to discuss the prospect of defendant LANE and his co-conspirators selling multi-kilogram quantities of cocaine to the UC Agents.

<u>Overt Act No. 2</u>:  On March 2, 2021, during the above-referenced meeting, defendant LANE (a) agreed to sell multiple kilograms of cocaine to the UC Agents, and (b) explained that the price per kilogram varied depending on the quantity of cocaine being purchased and the quality of the cocaine, with high-grade cocaine going for approximately $35,000 per kilogram, mid-grade cocaine going for $30,000, and low-grade cocaine going for approximately $28,000.

<u>Overt Act No. 3</u>:  On March 2, 2021, during the above-referenced meeting, defendant LANE agreed to sell three kilograms of cocaine to the UC Agents the following day.

<u>Overt Act No. 4</u>:  On March 2, 2021, for the purpose of coordinating the three-kilogram cocaine deal, defendant LANE provided the UC Agents with his mobile phone number and noted that he uses "burner" phones that he replaces every three to four months to coordinate drug transactions.

<u>Overt Act No. 5</u>:  On March 2, 2021, after the above-referenced meeting at the restaurant, defendant LANE (a) sent a text message to a UC Agent advising that he did not have three kilograms of mid-grade cocaine available for sale, and that the transaction would have to be postponed for a few days if the UC Agents wanted to get all three kilograms; and (b) agreed to sell a smaller quantity of 500 grams of cocaine to the UC Agent the next day in the interim.

<u>Overt Act No. 6</u>:  On March 3, 2021, in furtherance of the 500-gram cocaine sale, defendant LANE sent a text message to one of the

1  UC Agents advising, in substance, that Co-Conspirators 1 and/or 2 had
2  already "picked up" the "package" (i.e., the 500 grams of cocaine)
3  and that it included "samples" of the other grades of cocaine for the
4  UC Agents' "review."
5      Overt Act No. 7:   On March 3, 2021, Co-Conspirators 1 and 2
6  exchanged text messages with the CI indicating, in substance, that
7  they already "got it" (i.e., the 500 grams of cocaine) and were ready
8  to deliver it when the CI and UC Agents were ready to conduct the
9  transaction.
10     Overt Act No. 8:   On March 3, 2021, Co-Conspirators 1 and 2
11 drove to a motel located in Costa Mesa, California, with 504.7 grams
12 of cocaine, which they knowingly possessed with intent to distribute
13 to the UC Agents in exchange for money.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(ii); 18 U.S.C. § 2(a)]

On or about March 3, 2021, in Orange County, within the Central District of California, defendant RYAN DUSTIN LANE, together with Co-Conspirators 1 and 2, each aiding and abetting the others, knowingly and intentionally possessed with intent to distribute at least 500 grams, that is, 504.7 grams, of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

A TRUE BILL

__/s/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROBERT J. KEENAN
Assistant United States Attorney
Santa Ana Branch Office