cc: USPPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

RYAN DUSTIN LANE,

           Defendant.

No.  8:23-CR-00092-JVS

ORDER GRANTING EX PARTE APPLICATION TO RETURN PASSPORT [44]

     Ryan Lane, through counsel Matthew Schindler, has applied ex parte to the court for an order to United States Pretrial Services to return his passport. The court has read and considered the application. For good cause shown, it is ordered that Mr. Lane's passport be returned.

     IT IS SO ORDERED.

_____
December 05, 2024

DATE

_____

HONORABLE JAMES V. SELNA

UNITED STATES DISTRICT JUDGE

1